UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :    23cv7204 (DLC)
PAUL SCHWARTZ,                          :
                                        :         ORDER
                           Plaintiff,   :
              -v-                       :
                                        :
ANDERSON KILL P.C., et al.,             :
                                        :
                          Defendants.   :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

    On December 1, 2023, the defendant filed a partial motion
to dismiss the amended complaint, pursuant to Rule 12(b)(6),
Fed. R. Civ. P, and to disqualify the plaintiff's attorney.  It
is hereby

    ORDERED that the plaintiff shall file any opposition to the
motion to dismiss by **December 15, 2023**.  The defendant's reply,
if any, shall be filed by **December 22, 2023**.  At the time any
reply is filed, the moving party shall supply Chambers with two
(2) courtesy copies of all motion papers by mailing or
delivering them to the United States Courthouse, 500 Pearl
Street, New York, New York.

Dated:    New York, New York
          December 1, 2023

                              _____
                                     DENISE COTE
                              United States District Judge