

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Emily C. Haigh
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
ehaigh@littler.com

January 16, 2024

<u>VIA ECF</u>
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Schwartz v. Anderson Kill P.C. et al* 23 Civ. 07204 (DLC)(GWG)

Dear Judge Cote,

      We represent Defendants in the above-referenced matter. We write jointly with Plaintiff to respectfully request that the Court adjourn the Parties' pretrial conference on Jan. 18, 2024. The Parties further request that the conference be rescheduled and converted into a discovery dispute conference pursuant to Your Honor's Individual Rules 2(C) and 4(J).

      The discovery dispute between the Parties is whether discovery is stayed pending the outcome of Defendants' motion to partially dismiss the Amended Complaint and to disqualify Plaintiff's counsel. The motions shall be fully briefed on January 19, 2024. (Dkt. No. 23.) Plaintiff desires discovery to continue while Defendants' motions are pending and Defendants desire discovery to be stayed. The Parties met and conferred about this topic on the telephone on January 16, 2024.

      The following are the Parties' available dates for a discovery conference: Thursday-Friday Jan. 25-26; Tuesday Jan. 30; Thursday Feb. 8; Wednesday-Thursday Feb. 14-15.

      Thank you very much for your consideration of this matter.

Sincerely

Emily C. Haigh

*The conference is adjourned to 1/25/24 at 10:00 a.m.*

*Denise Cote*
*1/16/24*

cc:   Tiffany Ma, Esq. (via ECF)