

# YOUNG & MA
## LLP

445 Park Avenue  
9th Floor  
New York, NY 10022

P: 646-379-7703  
F: 866-839-4306  
E: tma@youngandma.com

January 23, 2024

VIA ECF  
Honorable Denise Cote  
United States District Court  
   for the Southern District of New York  
500 Pearl Street, Room 1910  
New York, NY 10007

      Re:    Schwartz v. Anderson Kill P.C. et al  
             23 Civ. 07204 (DLC)(GWG)

Dear Judge Cote,

     We represent Plaintiff Paul Schwartz in the above-referenced matter, and are writing to request a second adjournment of the conference scheduled for January 25, 2024. We understand this is late given your Honor's Individual Practices in Civil Cases (1)(E), but given the emergency nature of Plaintiff's counsel's grandmother's death earlier this month as shown in the enclosed death certificate, the funeral and cremation within the last 72 hours and ongoing post death affairs to handle, we simply did not have a chance to address in this unique circumstance.

     Defendants' counsel consents to this request for extension. Parties' counsel are mutually available for the rescheduled hearing on February 15, 19, 21, 27, 28, and March 1.

     Thank you very much for your consideration of this matter.

                                         Very truly yours,

                                         */s/ Tiffany Ma*  
                                         Tiffany Ma

cc:    Jean Schmidt, Esq. (via ECF)  
        Emily Haigh, Esq. (via ECF)

*[Handwritten annotation:] The conference is adjourned to 2/15 at 3:00 pm.*

*/s/ Denise Cote*  
*1/24/24*

www.youngandma.com