```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
PAUL SCHWARTZ,                           :
                                         :
                    Plaintiff,           :
            -v-                          :      23cv7204(DLC)
                                         :
ANDERSON KILL P.C., et al.,              :         ORDER
                                         :
                    Defendants.          :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the initial pretrial conference held pursuant to Rule 16, Fed R. Civ. P. on February 15, 2024, it is hereby

ORDERED that the defendants' motion for partial dismissal of the amended complaint is granted in part. The first, third, and fourth causes of action are dismissed as to all defendants.

IT IS FURTHER ORDERED that the defendants' motion to disqualify the plaintiff's attorney is denied. The plaintiff is instructed to obtain co-counsel to assist in any issues related to the defendants' obtaining discovery from Tiffany Ma. The defendants may renew their motion to disqualify the plaintiff's attorney at the trial stage.

IT IS FURTHER ORDERED that the plaintiff's request to amend is denied.

IT IS FURTHER ORDERED that, as stated on the record, the following schedule shall govern the further conduct of pretrial

proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by March 1, 2024.

2. No additional parties may be joined or pleadings amended after March 8, 2024.

3. This case will be referred to mediation to occur in March 2024. The Clerk of Court will contact the parties when a mediator has been selected.

4. Initial interrogatories and Requests pursuant to Rule 34, Fed. R. Civ. P., may not be served after March 8, 2024.

5. Any depositions must occur by August 30, 2024.

6. Any party seeking expert discovery shall submit a letter by August 30, 2024 proposing a schedule for expert discovery.

7. The following motion will be served by the dates indicated below.

    Any motion for summary judgment:

    - Motion served by September 20, 2024
    - Opposition served by October 11, 2024
    - Reply served by October 25, 2024

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by September 20, 2024.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not

file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:   New York, New York
         February 15, 2024

_____
            DENISE COTE
      United States District Judge